UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>_____<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY,<br><br>DEFENDANT. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: _____ |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Pursuant to Pretrial Order No. 17, plaintiff(s) incorporate(s) by reference all allegations of fact, legal arguments, and requests for relief, in each case as contained in the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Plaintiff(s), however, only assert claims against 3M Company because, as set forth in Paragraph 21 of the Master Long Form Complaint, 3M Company is liable for all the facts and claims for relief alleged herein. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendant, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendant not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANT

1. Plaintiff(s) name(s) the following Defendant in this action:

    _____   3M Company

    _____   N/A

    _____   N/A

    _____   N/A

    _____   N/A

    _____   N/A

## II. PLAINTIFF(S)

2. Name of Plaintiff:

   [                                          ]

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   [                                          ]

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   [                                          ]

5. State(s) of residence of Plaintiff(s):

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

　　_____　Yes

　　_____　No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

　　_____　Hearing loss

　　_____　Sequelae to hearing loss

　　_____　Other [specify below]

**VI.** **CAUSES OF ACTION**

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims against only 3M Company, as asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    _____        Count I – Design Defect – Negligence

    _____        Count II – Design Defect – Strict Liability

    _____        Count III – Failure to Warn – Negligence

    _____        Count IV – Failure to Warn – Strict Liability

    _____        Count V – Breach of Express Warranty

    _____        Count VI – Breach of Implied Warranty

    _____        Count VII – Negligent Misrepresentation

    _____        Count VIII – Fraudulent Misrepresentation

    _____        Count IX – Fraudulent Concealment

    _____        Count X – Fraud and Deceit

    _____        Count XI – Gross Negligence

    _____        Count XII – Negligence Per Se

    _____        Count XIII – Consumer Fraud and/or Unfair Trade Practices

    _____        Count XIV – Loss of Consortium

    _____        Count XV – Unjust Enrichment

    _____        Count XVI – Punitive Damages

_____        Count XVII – Other [specify below]

[                                                    ]

11. If additional claims against Defendant 3M Company are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against 3M Company:

[                                                    ]

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

[                                                    ]

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

[ ]

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendant 3M Company and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____

> Adam B. Wolfson
> California Bar No. 262125
> adamwolfson@quinnemanuel.com
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone: 213.443.3000
> Facsimile: 213.443.3100
>
> Matthew S. Hosen
> Washington Bar No. 54855
> matthosen@quinnemanuel.com
> 1109 1st Avenue, Suite 210
> Seattle, Washington 98101
> Telephone: 206.905.7000
> Facsimile: 206.905.7100